**96–1875. Consumers' Counsel v. Pub. Util. Comm.**

Public Utilities Commission, Nos. 94–1964–EL–CSS, 95–1139–EL–COI, 95–1140–EL–COI, 95–299–EL–AIR and 95–300–EL–AIR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of the motion for stay of appeal of city of Cleveland,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

RESNICK and COOK, JJ., not participating.

**97–628. State v. Perry.**

Hamilton App. No. C–960297. On motion for appointment of Christine Y. Jones as counsel. *Sua sponte*, this matter is remanded to the court of appeals for appointment of counsel.

**97–630. State ex rel. Serv. Emp. Internatl. Union, Dist. 925 v. State Emp. Relations Bd.**

In Mandamus. On motion for leave to intervene of University of Cincinnati. Motion granted.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**97–779. Cincinnati Bell Tel. Co. v. Pub. Util. Comm.**

Public Utilities Commission, No. 95–845–TR–COI. On motion for leave to intervene of Communications Buying Group, Inc. Motion granted.

**97–791. ALLTEL Ohio, Inc. v. Pub. Util. Comm.**

Public Utilities Commission, No. 95–845–TP–COI. On motion for leave to intervene of Communications Buying Group, Inc. Motion granted.

RESNICK, J., not participating.

**97–795. GTE N., Inc. v. Pub. Util. Comm.**

Public Utilities Commission, No. 95–845–TP–COI. On motion for leave to intervene of Communications Buying Group, Inc. Motion granted.

RESNICK, J., not participating.

**97–1055. Rea v. Pecsok, Rea & DeMarchi.**

Cuyahoga App. No. 71014. On motion to stay appeal. Stay granted for thirty days.

**97–1080. State v. Smith.**

Franklin App. No. 96APA06–738. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**97–1113. State v. Warren.**

Stark App. No. 1995CA00386. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**97–1292. Smith v. Mitchell.**

Trumbull App. No. 96–T–5608. On motion for stay. Motion denied.

**97–1359. Arnett v. Winemiller.**

Montgomery App. Nos. 16606 and 16612. This cause is pending before the court as an appeal from the Court of Appeals for Montgomery County. Upon consideration of appellant's motion for stay of execution of writ of mandamus issued by court of appeals,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.